IRVIN B. MCKAIN, APPELLEE, V.
MARY PATRICIA MCKAIN, APPELLANT.

312 N.W.2d 681

Filed November 25, 1981. No. 43647.

Del Pelton for appellant.

Watts & Moran for appellee.

Heard before KRIVOSHA, C.J., MCCOWN, and HASTINGS, JJ., and KORTUM and GRANT, District Judges.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.